COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 3/6/2023

FILED
U.S. District Court
District of Kansas
MAR 6 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,

　　　　Plaintiff,

v.

Margarita Rosales,

　　　　Defendant.

Case No. 23-6055-01-GEB

JUDGE: ☒ Birzer ☐ Gale
DEPUTY CLERK: ☒ Anderson ☐ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez ☐ Ping ☐ Rivera ☐ Vilaythong ☐ Sworn

AUSA: Molly Gordon
DEFENSE COUNSEL: Jennifer Amyx
TAPE NO.: 1:45 — 1:52

**PROCEEDINGS**

☐ Initial Appearance
☒ Initial Rule 5(c)(3)
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment　☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

Dist. MN

☐ Complaint　☒ Indictment　☐ Information　☐ Pet. Revoke Supervision　☒ No. Counts: 3　☒ Forfeiture
☒ Felony　☐ Misdemeanor
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn　☒ Examined re: financial status　☒ Counsel appointed
☒ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☒ Advised of rights under Rule　☐ 20　☒ 5(c)(3)　☒ Transfer to: District of MN
☐ Signed Wvr Ind　☐ Signed Consent to MJ　☐ Petition to Plea filed　☐ Plea Agmt filed　☐ PSI ordered

☐ Release ordered　☐ Bond fixed at: $ _____　☐ Continued on present bond/conditions
☐ Oral Motion for temp. det.; granted　☒ Detention ordered (temp.)　☒ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is　☐ granted.　☐ denied.　☐ withdrawn.　☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is　☐ granted.　☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☒ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance: ☒ as directed before Judge in District of MN.
　　　　　　　　　　　　　　☐ per the Scheduling Order of Judge _____
　　　　　　　　　　　　　　☐ on _____ at ____ ☐ a.m. ☐ p.m. before Judge _____
　　　　　　　　　　　　　　for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____